THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH L. BAUM, Appellant, *v.* EDMOND J. BUTLER, as Commissioner of the Tenement House Department of the City of New York.

*People ex rel. Baum* v. *Butler,* 120 App. Div. 807, appeal dismissed. (Argued January 6, 1908; decided January 7, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1907, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the employment of the tenement house department of the city of New York.

The motion was made upon the ground that the order appealed from does not show that the reversal was upon the law only and not in the discretion of the court.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* of counsel), for motion.

*Edward Stetson Griffing* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of argument.